UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

**KATHY LYNN HARRIS**,
        Plaintiff,

Case No. 1:16-cv-01964-HZ

v.

**ORDER**

**NANCY A. BERRYHILL**,
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY**,
        Defendant.
_____

**ORDER**

ORDER

AND NOW, this ___ day of November, 2017, having considered Plaintiff's Unopposed Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $6,176.00 and costs in the amount of $400.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.

BY THE COURT:

_____
. MARCO A. HERNANDEZ

**ORDER**